```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  EMANUEL DELACRUZ,                                         :
                                      Plaintiff,            :
                                                            :          19 Civ. 10292 (LGS)
                       -against-                            :
                                                            :                ORDER
  NIKE, INC.,                                               :
                                      Defendants.           :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Amended Civil Case Management Plan at Dkt. No. 28 requires the parties to file a joint status letter, as outlined in Individual Rule IV.A.2, by May 14, 2020;

WHEREAS, the parties did not timely file this letter. It is hereby

**ORDERED** that the parties shall file the letter as soon as possible and no later than **May 19, 2020**.

Dated:  May 15, 2020
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**